IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BRIAN M. FISHMAN, ESQUIRE, ET AL.    :
          :
          :      CIVIL ACTION
          :
        v.          :      NO. 12-3779
          :
THE HARTFORD          :


**O R D E R**


**AND NOW**, this _27th_ day of ___September___, 2013, upon consideration of

Plaintiffs' Motion For Judgment On The Pleadings (ECF No. 18) and Defendant's Cross-Motion

For Judgment On The Pleadings (ECF No. 20), it is **ORDERED** that Defendant's Motion is

**GRANTED** and Plaintiffs' Motion is **DENIED.**


     **IT IS SO ORDERED.**


               **BY THE COURT:**


               _____
               **R. BARCLAY SURRICK, J.**